# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

156717 & (11)

JULIE BAKER and JAMES BAKER,
      Plaintiffs-Appellees,

v

INFINITY PRIMARY CARE, P.L.L.C.
d/b/a IPC – ASSOCIATES IN INTERNAL
MEDICINE and AMY GOLDFADEN, M.D.,
      Defendants-Appellants.
_____/

SC: 156717
COA: 340658
Oakland CC: 16-153460-NH

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 2, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2017



d1114

Clerk